# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130988(15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BERNARD GEORGE HARPER, JR.,
      Defendant-Appellant.

_____

SC: 130988
COA: 268031
Genesee CC: 05-015648-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of February 1, 2007 of the time for filing his brief and appendix is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2007

_____
Clerk